**1459-13**

# ELECTRONIC RECORD

COA #   14-12-00623-CR          OFFENSE:   Poss of a Controlled Substance

STYLE:   Damian Ricardo Flores v The State of Texas          COUNTY:   Harris

COA DISPOSITION:   Affirmed as Modified   TRIAL COURT:   262nd District Court

DATE: 10/01/2013          Publish: Yes   TC CASE #:   1242919

## IN THE COURT OF CRIMINAL APPEALS

### ELECTRONIC RECORD

STYLE: _____          CCA #: _____

_____State's_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_granted & remanded_          JUDGE: _____

DATE: _April 16, 2014_          SIGNED: _____   PC: _____

JUDGE:   _PC_          PUBLISH: _____   DNP: _____

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

_Appellant's_ PETITION

FOR DISCRETIONARY REVIEW

IS _refused_

DATE _April 16, 2014_

_PC_
JUDGE

**1459-13**